UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JAN 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                               INDICTMENT NO. 6:26-cr-20-REW

ROBERT DALE CONLEY and
TIFFANY HELTON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

On or about December 12, 2025, and continuing through on or about January 12, 2026, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT DALE CONLEY and
TIFFANY HELTON**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **ROBERT DALE CONLEY** committed the offense charged in this count, **ROBERT DALE CONLEY** had a final conviction for a serious drug felony, namely, 2021 convictions under Kentucky Revised Statute § 218A.1412, for trafficking in a controlled

substance, first degree, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about December 12, 2025, in Pulaski County, in the Eastern District of Kentucky,

**ROBERT DALE CONLEY**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **ROBERT DALE CONLEY** committed the offense charged in this count, **ROBERT DALE CONLEY** had a final conviction for a serious drug felony, namely, 2021 convictions under Kentucky Revised Statute § 218A.1412, for trafficking in a controlled substance, first degree, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about January 12, 2026, in Pulaski County, in the Eastern District of Kentucky,

**TIFFANY HELTON**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████

**FOREPERSON**

_____
PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1–3:** Not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years supervised release.

>    **If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.